UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BERNARDO PEREZ MARIN, | Case No. 2:26-cv-01457-TMC |
| Petitioner, | ORDER TO SHOW CAUSE |
| v. | |
| ICE OFFICE FIELD DIRECTOR, | |
| Respondent. | |

This matter comes before the Court on its own review of the record. Petitioner seeks a writ of habeas corpus ordering his release from the Northwest Immigration and Customs Enforcement Processing Center or a bond hearing. Dkt. 1 at 2. But Petitioner's current custodian, the warden of NWIPC, is not named as a respondent. The law requires that a habeas petition name the petitioner's current custodian for this Court to have jurisdiction over the case. *Doe v. Garland*, 109 F.4th 1188, 1197 (9th Cir. 2024); *see Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004).

Accordingly, while Respondent does not challenge the habeas petition on the basis that it fails to name the proper respondent(s), the Court cannot take action on Petitioner's claims unless he includes the warden as a respondent. The Court also notes that Petitioner did not pay the

ORDER TO SHOW CAUSE - 1

$5.00 filing fee or request leave to proceed in forma pauperis ("IFP"), which would allow him to proceed without paying the fee. Dkt. 2. The Court therefore ORDERS:

1. No later than May 21, 2026, Petitioner must either explain why his current petition should not be dismissed without prejudice for failing to name a proper respondent or, in the alternative, file an amended petition that adds the warden as one of the respondents.

2. As directed by the clerk's office (Dkt. 2), Petitioner must pay the $5.00 filing fee or file an IFP application attaching his petition by May 29, 2026.

3. If Petitioner files an amended habeas petition, any return to the amended petition must be filed no later than May 28, 2026.

The Court will not take any further action on the habeas petition until either a response to this Order is filed or an amended petition is filed naming the proper respondent(s). The Clerk shall also mail to Petitioner copies of the Court's pro se form for 2241 petitions and the instruction sheet, which the Petitioner may use to amend his petition if desired.

Dated this 30th day of April, 2026.

Tiffany M. Cartwright
United States District Judge

ORDER TO SHOW CAUSE - 2